DOWD, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Esber Beverage Company, ) | |
| ) | CASE NO. 5:10 CV 1658 |
| Plaintiff, ) | |
| ) | |
| v. ) | <u>JUDGMENT ENTRY</u> |
| ) | |
| The Wine Group, Inc., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with the Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that this case be remanded to the Stark County Court of Common Pleas.

The Clerk is directed to mail a copy of the Court's Memorandum Opinion and Order, and this Judgment Entry, to the Stark County Court of Common Pleas.

Further for the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with the Judgment Entry, plaintiff's request for attorney fees and costs is denied.

This case is closed.

IT IS SO ORDERED.

|  |  |
|---|---|
|  August 30, 2010 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |